# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| **BOBBIE BRADLEY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 3:17-cv-01000 |
| | ) Judge Aleta A. Trauger |
| **KROGER CO. (THE) a/k/a KROGER LIMITED PARTNERSHIP I,** | ) |
| | ) |
| **Defendants** | ) |

## **ORDER**

For the reasons stated in the accompanying Memorandum, the Motion for Summary Judgment (Doc. No. 13) filed by defendant Kroger Limited Partnership I is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**.

It is so **ORDERED**.

This is the final Order in this case for purposes of Fed. R. Civ. P. 58.

Entered this the 4th day of September, 2018.

_____
ALETA A. TRAUGER
United States District Judge